UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
KYLE HICOK,

                        Movant,

         -against-                                      25-mc-0489 (LAK)

TOWERBROOK CAPITAL PARTNERS L.P.,

                        Respondent.
------------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

       Movant shall serve its motion on respondent personally together with notice that respondent shall serve any papers in opposition to the motion no later than three business days after the date on which service is made. Movant shall serve any reply papers in support of its motion no later than two business days after service of its motion on respondent.

       SO ORDERED.

Dated:      November 5, 2025

                                                           _____
                                                               Lewis A. Kaplan
                                                          United States District Judge