USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/9/25__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

KYLE HICOK,

        Movant,

    -against-              25-mc-0489 (LAK)

TOWERBROOK CAPITAL PARTNERS, LLP,

        Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

    This matter is a motion to compel compliance with a subpoena issued by the United States District Court for the Northern District of Illinois in an underlying lawsuit pending in that court, viz. *R1 RCM Inc. v. Hicok,* No. 1:25-cv-11397. The parties now agree that this matter should be transferred to the issuing court, subject to the fact that the respondent's first choice would be for this Court simply to deny the motion.

    It is apparent from counsels' submissions that the interests of justice and of the issuing court's ability to manage the underlying litigation both would be served by having the issuing court rule on the motion. In these extraordinary circumstances, and given the consent of the entity subject to the subpoena, the Clerk shall transfer this motion to the United States District Court for the Northern District of Illinois pursuant to Fed. R. Civ. P. 45(f).

    SO ORDERED.

Dated:   December 9, 2025

                Lewis A. Kaplan
               United States District Judge